IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

JAMES R. SHOEMAKER, D.O., AND
ORMOND MEDICAL, ETC.,

      Appellants,

      v.

SONIA SLIGER, AS PERSONAL, ETC.,

      Appellee.

Case No.  5D14-3871

_____/

Opinion filed April 8, 2016

Appeal from the Circuit Court for Orange County,
R. James Stroker, Judge.

Dinah Stein, Mark Hicks, and Mary Gniadek, of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellants.

David J. Sales, of David J. Sales, P.A., Jupiter, and Stephen Knox, of Morgan & Morgan, P.A., Orlando, for Appellee.

PER CURIAM.

ON MOTION TO CERTIFY CONFLICT

We grant Appellee's motion for certification and certify conflict between our decision issued on February 12, 2016, and *Hyundai Motor Co. v. Ferayorni*, 876 So. 2d 680 (Fla. 4th DCA 2004).

CONFLICT CERTIFICATION GRANTED.

EVANDER, EDWARDS, JJ., and PLEUS, ROBERT J., JR., SENIOR JUDGE, concur.